# Snell & Wilmer
L.L.P.
LAW OFFICES

One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
602.382.6000
602.382.6070 (Fax)
www.swlaw.com

ALBUQUERQUE
BOISE
DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
PORTLAND
RENO
SALT LAKE CITY
SAN DIEGO
SEATTLE
TUCSON
WASHINGTON DC

**Taryn J. Gallup**
(602) 382-6547
tgallup@swlaw.com

January 20, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

| Application granted. |
| SO ORDERED |
| /s/ John G. Koeltl |
| January 21, 2021    John G. Koeltl |
| New York, NY        U.S.D.J. |

Re:   *Christian Sanchez v. Insight Enterprises, Inc.,*
      Case No. 1:20-cv-10674 (JGK)

Dear Judge Koeltl:

This firm was recently retained to represent defendant Insight Enterprises, Inc. ("Defendant") in the above-referenced action. This letter is written pursuant to Rule 1.E. of Your Honor's Individual Practices to request a 30-day extension of Defendant's time to respond to the Complaint from the current due date of Monday, January 25, 2021 to Wednesday, February 24, 2021. Plaintiff has consented to this request.

Defendant's request is made in light of our recent retention so that Defendant may be afforded sufficient time to review, investigate, and analyze the allegations in the Complaint and determine an appropriate response. This is Defendant's first request for an extension of this deadline. No other deadlines have been scheduled in this case as of this date.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Snell & Wilmer L.L.P.

*s/ Taryn J. Gallup*

Taryn J. Gallup

TJG:dr
cc:  All counsel of record (by ECF)